UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

MICHAEL ANGELO BURNETT #200640,

        Plaintiff,        Case No. 2:09-cv-192

v.        Honorable Gordon J. Quist

GERALD HOFBAUER, et al.,

        Defendants.
_____/

## JUDGMENT

In accordance with the Opinion filed this date:

**IT IS HEREBY ORDERED** that Plaintiff's action be **DISMISSED WITH PREJUDICE** for failure to state a claim pursuant to 28 U.S.C. §§ 1915(e) and 1915A, and 42 U.S.C. § 1997e(c).

Dated: December 2, 2009        /s/ Gordon J. Quist
                                            GORDON J. QUIST
                                            UNITED STATES DISTRICT JUDGE